MILDRED C. GERMAN, Respondent, *v.* CHARLES V. SNEDEKER et al., Copartners under the Firm Name of GARREAU & SNEDEKER, Appellants.

Argued November 13, 1939; decided November 28, 1939.

*Pliny W. Williamson, John E. Walker* and *Richard E. Enright* for appellants.

*J. Leon Friedman* for respondent.

Order affirmed, with costs, and questions certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J. LEHMAN, J., concurs in the following memorandum:

LEHMAN, J. (concurring). Upon the record it appears that the defendants converted the stock and it does not conclusively appear whether the defendants profited by their own wrong. The rule of damages applied by the Appellate Division is, therefore, correct upon this record. I understand that we do not pass upon the correct rule of damages under circumstances that may be shown at the trial.